## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **WILLIE A. WILSON and WILMA J.** | ) | |
| **WILSON, as heirs at law of WILLIE** | ) | |
| **DARRYL GLEEN WILSON, deceased,** | ) | |
| **and** | ) | |
| **MARK S. WILSON as the personal** | ) | |
| **Representative of the Estate of WILLIE** | ) | |
| **DARRYL GLEEN WILSON, deceased,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No.: 2:17-cv-02667** |
| **v.** | ) | |
| | ) | |
| **ALPHA TRANSPORT, INC. and** | ) | |
| **ANTONIO DEFRANCO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT APPROVING SETTLEMENT OF
## WRONGFUL DEATH CLAIMS AND
## <u>APPORTIONMENT OF NET PROCEEDS</u>

NOW ON THIS 5th day of September, 2018, this cause comes to be heard.  Plaintiffs appear in person and by and through counsel of the law firm of Brad Bradshaw, M.D., J.D., L.C., and Defendants appear by and through their counsel of record of the law firm of Franke Schultz & Mullen, P.C.

The parties hereto announce that, subject to the approval of this Court, they have agreed to waive a trial by jury and submit all issues in this case to the Court; and that they have agreed upon the proposed Release and Settlement Agreement which is offered and admitted into evidence. After considering the evidence, hearing statements of counsel, and being fully advised in the premises, the Court finds as follows:

1.      Plaintiffs are the only individuals entitled to bring this action for wrongful death or to participate in the proceeds of this settlement pursuant to K.S.A. § 60-1901 *et seq.*

2.      The proposed Release and Settlement Agreement, provided as **Exhibit "B"** is in the best interest of Plaintiffs, is fair, reasonable and should be approved.

3.      That the settlement amount of EIGHT HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($850,000.00) for Plaintiffs' claims against Defendants for the wrongful death of Willie Darryl Gleen Wilson is in the best interest of Plaintiffs, and should be approved.

4.      That the complete settlement amount of EIGHT HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($850,000.00), in accordance with the Distribution of Settlement provided as **Exhibit "A"** shall be paid to Plaintiffs.

5.      That the attorneys' fees and expenses as set forth in the Distribution of Settlement provided as **Exhibit "A"** to paid from the settlement proceeds are fair, reasonable and approved.

6.      That Plaintiffs execute a Receipt and Satisfaction of Judgment and then file the same with the Court.

7.      That this matter be dismissed, with prejudice.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that this settlement by and between Plaintiffs and Defendants is fair, reasonable, in the best interest of the Plaintiffs, and is approved.

*IT IS FURTHER ORDERED* that the *Motion for Apportionment of Wrongful Death Settlement and Distribution of Net Proceeds* [Doc. 18] is **<u>granted</u>** and approved.

**IT IS FURTHER ORDERED** that Plaintiffs shall upon the tender of the sum of EIGHT HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($850,000.00), execute the Release and Settlement Agreement, the Receipt and Satisfaction of Judgment, and file and execute such other pleadings and documents so to completely resolve this matter and acknowledge satisfaction of this claim.

**IT IS FURTHER ORDERED** that this case is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated this 24TH day of SEPTEMBER, 2018 at Kansas City, KS.


/s/ Carlos Murguia
**The Honorable Carlos Murguia**
**United States District Court Judge**
**District of Kansas**